SHAWN T. LEUTHOLD
ATTORNEY AT LAW
1671 THE ALAMEDA #203
SAN JOSE, CA 95126
TEL: 408-924-0132
FAX: 408-924-0134
CA STATE BAR NO. 178147

ADR

ORIGINAL FILED

07 OCT 17 PM 3: 12

RICHARD W. WIEKING
U.S. ...         ...RT

E-FILING

Attorney for Plaintiff, Kaku Labs Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KAKU LAB CORPORATION,           )  Case No. C07 05297 BZ
                                )
            Plaintiff,          )  COMPLAINT FOR COPYRIGHT
      v.                        )  INFRINGEMENT
                                )
HOT TOPIC, INC., a California Corporation; )
and Does 1 through 20, inclusive, )  Jury Trial Demanded
                                )
            Defendants          )
                                )

Plaintiff KAKU LAB CORPORATION (hereafter "KAKU" or "VOODOO BABY") alleges that:

JURISDICTION AND VENUE

1. This action arises under 17 USC §101 et seq., as hereinafter more fully appears.

2. This court has jurisdiction over this action pursuant to 28 U.S.C. §§1331, 1338 and 1367.

3. Venue is proper in this district pursuant to 28 U.S.C. §§1391(c) because Defendant HOT TOPIC, INC. ("HOT TOPIC") is a California corporation doing business in this judicial

1  district and division through at least three retail stores in the immediate vicinity of the San Jose,
2  division, including but not limited to Oakridge Mall, 135 Oakridge Mall, San Jose, CA, Valley
3  Fair Mall, 2855 Stevens Creek Blvd., Santa Clara, CA, and Eastridge Mall, One Eastridge Mall,
4  San Jose, CA.

## INTRADISTRICT ASSIGNMENT

6  4.  This action may be correctly assigned to this division based upon the Defendant HOT
7  TOPIC's status as a corporation conducting active retail business in the division.  The primary
8  business location of the Plaintiff, KAKU LAB is in Fremont, CA, and on that basis, assignment
9  would be appropriate to either the Oakland or San Jose divisions.

## THE PARTIES

11  5.  Plaintiff KAKU LAB CORPORATION, which markets a series of hand-made string
12  dolls under the "Voodoo Baby" label is a California corporation with its principle place of
13  business in Fremont, California.
14  6.  KAKU LAB CORPORATION is the exclusive U.S. licensed distributor and has been
15  assigned the right to enforce the United States copyrights of Saan_ha Limited Partnership (a
16  Thailand Limited Partnership) and its artist-designers Kanya Thuaylai, Tanayot Saihaikum and
17  Taweechas Boontoom,.the creators and copyright originators of several registered as well as
18  additional pending and unregistered copyright designs for string dolls.
19  7.  KAKU LAB CORPORATION has further designed many of its own unique string
20  doll designs for which it has applied or will be applying for copyright registration.

## GENERAL FACTS

23  8.  Plaintiff KAKU LAB CORPORATION, has spent significant time, effort and expense
24  in order to acquire exclusive distribution rights to Saan_ha's string doll designs.  Saan_ha and its
25  artists have created many unique, high quality string doll designs, for which is has registered

Kaku Lab v. Hot Topic
Complaint
2

1 United States copyrights. Saan_ha has also created many new, innovative, creative designs which for which United States have not yet been registered.

9. Plaintiff KAKU LAB CORPORATION, has further designed and created its own unique designs in which it owns the copyrights.

10. On or about October 18, 2006, KAKU LAB CORPORATION notified Defendant HOT TOPIC of its copyright ownership in certain string doll designs.

11. Plaintiff KAKU LAB CORPORATION is informed and believes that HOT TOPIC continues to market and sell string dolls which infringe on the copyrights of KAKU LAB CORPORATION.

12. A list of the registered copyrights that have already issued to Saan_ha's designers/artists is attached hereto as Exhibit A and is hereby incorporated by reference. This list is not intended to be exclusive and additional registrations may have issued or be issued during the pendency of this action.

13. In addition, Saan_ha and KAKU LAB CORPORATION have common-law copyright interests in additional designs for which registration has not yet been completed.

14. On information and belief, Defendant has purchased and is marketing and selling infringing "knock-off" products which copy Plaintiff's designs.

15. On information and belief Defendant or its agents and suppliers have created derivative works based on Plaintiff's unique, copyright designs, including but not limited to keychains, earrings, necklace pendants and so forth.

## FIRST CAUSE OF ACTION – COPYRIGHT INFRINGEMENT

16. Plaintiff incorporates by reference paragraphs one through 15, above.

17. KAKU LAB CORPORATION, has spent significant time, effort and expense in order to acquire exclusive distribution rights to Saan_ha's original and unique string doll designs.

1   18.  KAKU LAB CORPORATION, has incurred significant expense promoting and marketing its products.

2   19.  On information and belief, Defendant has infringed and continues to infringe Plaintiff's right under United States copyright laws by (1) reproducing the copyrighted works without Plaintiff's authorization; (2) distributing copies of the copyright works to the publice by sales or other transfers of ownership without Plaintiff's authorization; and (3) creating or distributing unauthorized derivative works without Plaintiff's authorization.

20.  Plaintiff is suffering and will continue to suffer irreparable harm as a direct result of Defendant's infringing conduct.  Plaintiff is entitled to preliminary and permanent injunctions against Defendant's continuing unauthorized sale, advertising for sale, dissemination and distribution of Plaintiff's copyrighted works.

21.  Plaintiff has sustained monetary damages as a result of Defendant's infringing conduct, the precise amount of which will be proven at trial.  Plaintiff is also entitled to disgorgement of any profits unlawfully earned and/or received by Defendant as a result of its infringing conduct.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. For compensatory damages in an amount subject to proof at trial, including prejudgment interest thereon.
2. For reasonable and appropriate damages for willful copyright violation by the Defendant.
3. For a preliminary and permanent injunction against Defendant's continuing unauthorized distribution, sale, advertising for sale, marketing and creation of derivative works based on Plaintiff's copyrighted works.
4. For an order of restitution direction Defendant to disgorge any and all profits unlawfully earned and/or received from the infringing conduct.

5. For an aware of attorneys fees and costs against Defendant.

6. For interest to accrue from the date of judgment at the statutory rate (10%).

7. For such other and further relief as the Court deems just and proper.

Dated: 10/17/2007

Shawn T. Leuthold
Attorney for Plaintiff Kaku Lab Corporation

| Exhibit A -- Copyrights | | | |
|---|---|---|---|
| Designer | Name of doll (Saan_ha/ Kaku Lab) | Status | Date of registrat |
| Kanya Thuaylai | Captain Bad / Cap Hook | registered | 2/21/2006 |
| Kanya Thuaylai | Lover Boy/ In Love | registered | 2/21/2006 |
| Kanya Thuaylai | Judo Sensei/ Konfu Kid | registered | 2/21/2006 |
| Kanya Thuaylai | Heart Throbber/ Heart Stealer | registered | 2/22/2006 |
| Kanya Thuaylai | Little Prince | registered | 2/21/2006 |
| Tanayot Saihaikum | Little Angel/ Angelina | registered | 2/21/2006 |
| Tanayot Saihaikum | Collin the Pirate/ Venturer | registered | 2/21/2006 |
| Tanayot Saihaikum | Sid/ Mr T | registered | 2/22/2006 |
| Tanayot Saihaikum | El Diablo/ Demon Guard(Black) | registered | 2/22/2006 |
| Tanayot Saihaikum | Red Devil/ Demon Guard(Red) | registered | 2/23/2006 |
| Tanayot Saihaikum | Crazy Eyes/ Lumi | registered | 2/22/2006 |
| Tanayot Saihaikum | The Vampire/ Dracula | registered | 2/21/2006 |
| Taweechas Boontoom | Jo Ninja/ Ninja | registered | 2/21/2006 |
| Taweechas Boontoom | Mr. Mummy/ Distracter | registered | 2/22/2006 |
| Taweechas Boontoom | Monster Man/ Frankieheart | registered | 2/22/2006 |
| Taweechas Boontoom | The Zombie/ Voodoo Me | registered | 2/22/2006 |
| Taweechas Boontoom | Punkin/ Mr. Pumkin | registered | 2/22/2006 |
| Saan Ha | Cupid/ Cupid | not yet completed | |
| Saan Ha | Samurai/ Samurai | not yet completed | |
| Saan Ha | Witchy Woman/ Witch | not yet completed | |
| Saan Ha | Safety Boy/ Injuresub | not yet completed | |
| Saan Ha | Scarface/ Darkie | not yet completed | |
| Saan Ha | beelzebub/ Baby Satan | not yet completed | |
| Saan Ha | Ronin/ Ronin | not yet completed | |
| Saan Ha | The Killer | not yet completed | |
| Saan Ha | Monkey King/ Monkey King | not yet completed | |
| Saan Ha | Big Voodoo/ Voodoo You | not yet completed | |
| Saan Ha | Snowy/ Snowy | not yet completed | |
| Saan Ha | Santy/ Santa | not yet completed | |
| Saan Ha | Kill Jean | not yet completed | |
| Saan Ha | Sad Boy/ Melenco | not yet completed | |
| Saan Ha | Super Boy/ Super Boy | not yet completed | |
| Saan Ha | Gossip Girl/ Weepingvoovoo | not yet completed | |