1  Lisa M. Martens (SBN 195824)
   Andrew M. Abrams (SBN 229698)
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, California 92130
   Telephone: (858) 678-5070
4  Facsimile: (858) 678-5099

5  Attorneys for Defendant
   HOT TOPIC, INC.

6

7

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                      (SAN JOSE)

11 | KAKU LAB CORPORATION,            | Case No. C 07-05297 BZ
12 |         Plaintiff,               | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER COMPLAINT**
13 |     v.                           |
14 | HOT TOPIC, INC., a California Corporation; and Does 1 through 20, inclusive, |
15 |         Defendants.              |

16

17

18     The parties to this action, through their undersigned counsel, hereby stipulate and agree

19 that the date for defendant Hot Topic, Inc. to answer or otherwise respond to the Complaint of

20 plaintiff Kaku Lab Corporation, currently set for November 8, 2007, is extended to and including

21 December 10, 2007.

22 Dated: November 7, 2007            FISH & RICHARDSON P.C.

23

24                                    By: /s/Lisa M. Martens
                                          Lisa M. Martens
25                                        Andrew M. Abrams
                                      Attorneys for Defendant
26                                    HOT TOPIC, INC.

27

28

Dated: November 7, 2007               SHAWN T. LEUTHOLD

                                      By: /s/Shawn T. Leuthold

                                      Attorney for Plaintiff
                                      KAKU LAB CORPORATION

### DECLARATION OF CONSENT.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Shawn T. Luethold.

Dated: November 7, 2007               FISH & RICHARDSON P.C.


                                      By: /s/Lisa M. Martens
                                          Lisa M. Martens
                                          Andrew M. Abrams
                                      Attorneys for Defendant
                                      HOT TOPIC, INC.


### ORDER

IT IS SO ORDERED.

Dated: November 7, 2007               _____
                                      Magistrate Judge Bernard Zimmerman
                                      Judge Of The United States District Court

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]

# PROOF OF SERVICE

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On November 7, 2007, I caused a copy of the following document(s):

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER COMPLAINT

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Shawn T. Leuthold<br>ATTORNEY AT LAW<br>1671 The Alameda #303<br>San Jose, CA 95126 | Attorneys For Plaintiff<br>KAKU LAB CORPORATION |

| | | |
|---|---|---|
| [X] | **MAIL:** | Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business. |
| [ ] | **PERSONAL:** | Such envelope was delivered by hand to the offices of the addressee. |
| [ ] | **ELECTRONIC MAIL:** | Such document was transmitted by electronic mail to the addressees' email addresses as stated above. |
| [ ] | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on November 7, 2007, at San Diego, California.

s/Nicole C. Pino
Nicole C. Pino