Lisa M. Martens (SBN 195824)
Andrew M. Abrams (SBN 229698)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Defendant
HOT TOPIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAKU LAB CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>HOT TOPIC, INC., a California Corporation; and Does 1 through 20, inclusive,<br><br>            Defendants. | Case No. C 07-05297 BZ<br><br>**STIPULATION EXTENDING THE TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

The parties to this action, through their undersigned counsel, hereby stipulate and agree that the date for defendant Hot Topic, Inc. to answer or otherwise respond to the Complaint of plaintiff Kaku Lab Corporation, currently set for December 10, 2007, is extended to and including February 8, 2008.

///

///

///

///

///

///

1

STIPULATION EXTENDING THE TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
Case No. C 07-05297 BZ1

Dated:  December 10, 2007            FISH & RICHARDSON P.C.


                                     By:  /s/ Lisa M. Martens
                                          Lisa M. Martens
                                          Andrew M. Abrams
                                     Attorneys for Defendant
                                     HOT TOPIC, INC.


Dated:  December 10, 2007            SHAWN T. LEUTHOLD


                                     By:  /s/ Shawn T. Leuthold
                                          Shawn T. Leuthold
                                     Attorney for Plaintiff
                                     KAKU LAB CORPORATION


## **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Shawn T. Leuthold.

Dated:  December 10, 2007            FISH & RICHARDSON P.C.


                                     By:  /s/ Lisa M. Martens
                                          Lisa M. Martens
                                     Attorneys for Defendant
                                     HOT TOPIC, INC.

10793904.DOC

2    STIPULATION EXTENDING THE TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
     Case No. C 07-05297 BZ