1   JAMES C. POTEPAN (SBN 107370)
    jpotepan@rmkb.com
2   COURTNEY E. CURTIS (SBN 245231)
    ccurtis@rmkb.com
3   ROPERS, MAJESKI, KOHN & BENTLEY
    515 South Flower Street, Suite 1100
4   Los Angeles, California  90071
    Telephone:    (213) 312-2000
5   Facsimile:    (213) 312-2001

6   Attorneys for Defendant
    HOT TOPIC, INC. d/b/a HOT TOPIC and TORRID
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12  KAKU LAB CORPORATION,                    CASE NO.  C07-05297 BZ

13              Plaintiff,                    STIPULATION RE FILING OF A FIRST
                                             AMENDED COMPLAINT AND
14  v.                                       EXTENSION OF TIME FOR DEFENDANT
                                             TO RESPOND
15  HOT TOPIC, INC., a California
    Corporation; and DOES 1 through 20,
16  inclusive,

17              Defendants.

18

19       This Stipulation is entered into by and between Plaintiff Kaku Lab Corporation

20  ("Plaintiff") and Defendant Hot Topic, Inc. ("Defendant") with reference to the following facts:

21       WHEREAS, Plaintiff commenced this action for copyright infringement on or about

22  October 17, 2007 by filing a complaint against Defendant;

23       WHEREAS, the parties entered into a stipulation that Defendant would have until

24  February 8, 2008 to respond to Plaintiff's Complaint;

25       WHEREAS, Plaintiff has agreed to file a First Amended Complaint on February 6, 2008;

26       WHEREAS, Defendant will then have twenty (20) days from the date of notice of the

27  filing of the First Amended Complaint within which to file a response to the First Amended

28  Complaint;

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

1    WHEREAS, it is the parties' intention that this Stipulation will not alter the date of any

2  event or any deadline already fixed by Court order, pursuant to Local Rule 6-1;

3    WHEREFORE, the parties hereto, through their respective counsel, hereby stipulate that:

4    Plaintiff will file a First Amended Complaint on February 6, 2008, and

5  accordingly, Defendant will have twenty (20) days from the date of notice of the filing of the First

6  Amended Complaint within which to file a response to the First Amended Complaint.

Dated: February 5, 2008

By: _____
SHAWN T. LEUTHOLD
Attorney for Plaintiff KAKU LAB
CORPORATION

Dated: February 5, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
COURTNEY E. CURTIS
Attorneys for Defendant HOT TOPIC, INC. d/b/a
HOT TOPIC and TORRID

Stipulation re Filing of a First Amended Complaint

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

**CASE NAME:**   *Kaku Lab Corporation v. Hot Topic, Inc., et al.*

**ACTION NO.:**   **C 07-05297 BZ**

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 515 South Flower Street, Suite 1100, Los Angeles, California 90071.  I am employed in the County of Los Angeles where this service occurs.  I am over the age of 18 years, and not a party to the within cause.  I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document described as:

**STIPULATION RE FILING OF A FIRST AMENDED COMPLAINT
AND EXTENSION OF TIME FOR DEFENDANT TO RESPOND**

☐   (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

☐   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

**\* SEE SERVICE LIST \***

☒   *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 5, 2008, at Los Angeles, California.

_Jennie Cecchini_
Jennie Cecchini

RC1/5065348.1/CC10

- 3 -

C07-05297 BZ

Stipulation re Filing of a First Amended Complaint

**CASE NAME:**    *Kaku Lab Corporation v. Hot Topic, Inc., et al.*

**ACTION NO.:**    **C 07-05297 BZ**

<u>**SERVICE LIST**</u>

<u>**Attorneys for Plaintiff KAKU LAB CORPORATION**</u>
Shawn T. Leuthold, Esq.
Attorney at Law
1671 The Alameda, Suite 303
San Jose, California 95126
Phone: (408) 924-0132
Fax: (408) 924-0134
E-Mail: <u>leuthold@aol.com</u>

Stipulation re Filing of a First Amended Complaint