SHAWN T. LEUTHOLD
ATTORNEY AT LAW
1671 THE ALAMEDA  #303
SAN JOSE, CA 95126
TEL: 408-924-0132
FAX: 408-924-0134
CA STATE BAR NO. 178147

Attorney for Plaintiff, Kaku Labs Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAKU LAB CORPORATION, ) | Case No. C 07-05297 BZ |
| ) | |
| Plaintiff, ) | FIRST AMENDED COMPLAINT FOR |
| v. ) | COPYRIGHT INFRINGEMENT |
| ) | |
| HOT TOPIC, INC., a California Corporation; ) | |
| and Does 1 through 20, inclusive, ) | Jury Trial Demanded |
| ) | |
| Defendants ) | |
| ) | |

Plaintiff KAKU LAB CORPORATION (hereafter "KAKU" or "VOODOO BABY") alleges that:

JURISDICTION AND VENUE

1. This action arises under 17 USC §101 et seq., as hereinafter more fully appears.

2. This court has jurisdiction over this action pursuant to 28 U.S.C. §§1331, 1338 and 1367.

3. Venue is proper in this district pursuant to 28 U.S.C. §§1391(c) because Defendant HOT TOPIC, INC. ("HOT TOPIC") is a California corporation doing business in this judicial

district and division through at least three retail stores in the immediate vicinity of the San Jose, division, including but not limited to Oakridge Mall, 135 Oakridge Mall, San Jose, CA, Valley Fair Mall, 2855 Stevens Creek Blvd., Santa Clara, CA, and Eastridge Mall, One Eastridge Mall, San Jose, CA.

## INTRADISTRICT ASSIGNMENT

4. This action may be correctly assigned to this division based upon the Defendant HOT TOPIC's status as a corporation conducting active retail business in the division. The primary business location of the Plaintiff, KAKU LAB is in Fremont, CA, and on that basis, assignment would be appropriate to either the Oakland or San Jose divisions.

## THE PARTIES

5. Plaintiff KAKU LAB CORPORATION, which markets a series of hand-made string dolls under the "Voodoo Baby" label is a California corporation with its principle place of business in Fremont, California.

6. KAKU LAB CORPORATION is the exclusive U.S. licensed distributor and has been assigned the right to enforce the United States copyrights of Saan_ha Limited Partnership (a Thailand Limited Partnership) and its artist-designers Kanya Thuaylai, Tanayot Saihaikum and Taweechas Boontoom, the creators and copyright originators of the registered copyright designs for string dolls listed in Exhibit A, which is incorporated by reference.

## GENERAL FACTS

7. Plaintiff KAKU LAB CORPORATION, has spent significant time, effort and expense in order to acquire exclusive distribution rights to Saan_ha's string doll designs. Saan_ha and its artists have created many unique, high quality string doll designs, for which is has registered United States copyrights.

8. On or about October 18, 2006, KAKU LAB CORPORATION notified Defendant HOT TOPIC of its copyright ownership in certain string doll designs.

9. Plaintiff KAKU LAB CORPORATION is informed and believes that HOT TOPIC continued to market and sell string dolls which infringe on the copyrights of KAKU LAB CORPORATION.

10. A list of the registered copyrights that have already issued to Saan_ha's designers/artists is attached hereto as <u>Exhibit A</u> and is hereby incorporated by reference.

11. Also included in the list in <u>Exhibit A</u> is a column naming the HOT TOPIC-distributed product that KAKU LAB CORPORATION believes to be infringing, to the extent such names have been indentified by KAKU LAB CORPORATION.

12. On information and belief, Defendant has purchased for resale and is marketing and selling infringing "knock-off" products which copy Plaintiff's designs.

13. On information and belief Defendant or its agents and suppliers have created derivative works based on Plaintiff's unique, copyright designs, including but not limited to keychains, earrings, necklace pendants and so forth.

## FIRST CAUSE OF ACTION – COPYRIGHT INFRINGEMENT

14. Plaintiff incorporates by reference paragraphs one through 13, above.

15. KAKU LAB CORPORATION, has spent significant time, effort and expense in order to acquire exclusive distribution rights to Saan_ha's original and unique string doll designs.

16. KAKU LAB CORPORATION, has incurred significant expense promoting and marketing its products.

17. On information and belief, Defendant has infringed and continues to infringe Plaintiff's right under United States copyright laws by (1) reproducing the copyrighted works without Plaintiff's authorization; (2) distributing copies of the copyright works to the public by sales or other transfers of ownership without Plaintiff's authorization; and (3) creating or distributing unauthorized derivative works without Plaintiff's authorization.

18. Plaintiff is suffering and will continue to suffer irreparable harm as a direct result of Defendant's infringing conduct. Plaintiff is entitled to preliminary and permanent injunctions against Defendant's continuing unauthorized sale, advertising for sale, dissemination and distribution of Plaintiff's copyrighted works.

19. Plaintiff has sustained monetary damages as a result of Defendant's infringing conduct, the precise amount of which will be proven at trial. Plaintiff is also entitled to disgorgement of any profits unlawfully earned and/or received by Defendant as a result of its infringing conduct.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. For compensatory damages in an amount subject to proof at trial, including prejudgment interest thereon.
2. For reasonable and appropriate damages for willful copyright violation by the Defendant.
3. For a preliminary and permanent injunction against Defendant's continuing unauthorized distribution, sale, advertising for sale, marketing and creation of derivative works based on Plaintiff's copyrighted works.
4. For an order of restitution direction Defendant to disgorge any and all profits unlawfully earned and/or received from the infringing conduct.
5. For an aware of attorneys fees and costs against Defendant.
6. For interest to accrue from the date of judgment at the statutory rate (10%).
7. For such other and further relief as the Court deems just and proper.

Dated: February 6, 2008        ___/s/_____
                               Shawn T. Leuthold
                               Attorney for Plaintiff Kaku Lab Corporation

# Exhibit A – Registered Copyrights

| Designer | Name of doll (Saan_ha/ Kaku Lab) | Registration | Date of registration | Hot Topics Name |
|---|---|---|---|---|
| Kanya Thuaylai | Captain Bad / Cap Hook | VA 1-359-090 | 2/21/2006 | |
| Kanya Thuaylai | Lover Boy/ In Love | VA 1-359-086 | 2/21/2006 | "In Love" VooDoo Friends |
| Kanya Thuaylai | Judo Sensei/ Konfu Kid | VA 1-359-091 | 2/21/2006 | "Kung Fu Fighter" VooDoo Friends KC Mummy Hrt Eyes |
| Kanya Thuaylai | Heart Throbber/ Heart Stealer | VA 1-352-918 | 2/22/2006 | |
| Kanya Thuaylai | Little Prince | VA 1-359-084 | 2/21/2006 | |
| Kanya Thuaylai | Bella | VA 1-359-092 | 2/21/2006 | |
| Tanayot Saihaikum | Little Angel/ Angelina | VA 1-359-087 | 2/21/2006 | |
| Tanayot Saihaikum | Collin the Pirate/ Venturer | VA 1-359-089 | 2/21/2006 | |
| Tanayot Saihaikum | Sid/ Mr T | VA 1-353-127 | 2/22/2006 | "Misfit" VooDoo Friends |
| Tanayot Saihaikum | El Diablo/ Demon Guard(Black) | VA 1-352-916 | 2/22/2006 | |
| Tanayot Saihaikum | Red Devil/ Demon Guard(Red) | VA 1-353-187 | 2/23/2006 | "Prince of Darkness" VooDoo Friends |
| Tanayot Saihaikum | Crazy Eyes/ Lumi | VA 1-352-917 | 2/22/2006 | |
| Tanayot Saihaikum | The Vampire/ Dracula | VA 1-359-085 | 2/21/2006 | "Vampire" VooDoo Friends |
| Taweechas Boontoom | Jo Ninja/ Ninja | VA 1-359-088 | 2/21/2006 | "Ninja" VooDoo Friends |
| Taweechas Boontoom | Mr. Mummy/ Distracter | VA 1-358-156 | 2/22/2006 | |
| Taweechas Boontoom | Monster Man/ Frankieheart | VA 1-352-919 | 2/22/2006 | |
| Taweechas Boontoom | The Zombie/ Voodoo Me | VA 1-353-128 | 2/22/2006 | KC Wht Mummy Pin Heart |
| Taweechas Boontoom | Punkin/ Mr. Pumkin | VA 1-352-147 | 2/22/2006 | |