# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

### RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

February 7, 2008

To:  Shawn Tenzing Leuthold
     Attorney at Law
     1671 The Alameda , #303
     San Jose, CA 95126

     Lisa Marie Martens
     Andrew Masashi Abrams
     Fish & Richardson P.C.
     12390 El Camino Real
     San Diego, CA 92130

     Courtney Elizabeth Curtis
     Ropers, Majeski, Kohn & Bentley
     515 South Flower, Suite 1100
     Los Angeles, CA 90071

     Re: Kaku Lab Corporation v. Hot Topic, Inc.

Dear Counsel:

   At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for March 3, 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

   At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

                              Sincerely,

                              Richard W. Wieking, Clerk
                              United States District Court

                              _____/s/ Lashanda Scott_____
                              By:   Lashanda Scott
                                    Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd