1  JAMES C. POTEPAN (SBN 107370)
   jpotepan@rmkb.com
2  COURTNEY E. CURTIS (SBN 245231)
   ccurtis@rmkb.com
3  ROPERS, MAJESKI, KOHN & BENTLEY
   515 South Flower Street, Suite 1100
4  Los Angeles, California 90071
   Telephone:    (213) 312-2000
5  Facsimile:    (213) 312-2001

6  Attorneys for Defendant
   HOT TOPIC, INC. d/b/a HOT TOPIC and TORRID
7

8             UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

11 KAKU LAB CORPORATION,              CASE NO. C07-05297 BZ

12           Plaintiff,                DECLINATION TO PROCEED BEFORE
                                       A MAGISTRATE JUDGE AND REQUEST
13 v.                                  FOR REASSIGNMENT TO A UNITED
                                       STATES DISTRICT JUDGE
14 HOT TOPIC, INC., a California
   Corporation; and DOES 1 through 20,
15 inclusive,

16           Defendants.

17

18        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

19        The undersigned party hereby declines to consent to the assignment of this case to a

20 United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

21 this case to a United States District Judge.

22
   DATED: February 19, 2008           ROPERS, MAJESKI, KOHN & BENTLEY
23

24
                                      By: /s/ James C. Potepan
25                                        JAMES C. POTEPAN
                                          COURTNEY E. CURTIS
26                                        Attorneys for Defendant
                                          HOT TOPIC, INC. D/B/A HOT TOPIC
27                                        AND TORRID

28

RC1/5069678.1/CC10           -1-                       C07-05297 BZ
                                          Declination to Proceed Before Magistrate Judge
                                                   and Request for Reassignment

| | |
|---|---|
| CASE NAME: | *Kaku Lab Corporation v. Hot Topic, Inc., et al.* |
| ACTION NO.: | C 07-05297 BZ |

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 515 South Flower Street, Suite 1100, Los Angeles, California 90071. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document described as:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

**\* SEE SERVICE LIST \***

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 19, 2008, at Los Angeles, California.

*Jennie Cecchini*
Jennie Cecchini

| | |
|---|---|
| CASE NAME: | *Kaku Lab Corporation v. Hot Topic, Inc., et al.* |
| ACTION NO.: | C 07-05297 BZ |

### SERVICE LIST

**Attorneys for Plaintiff KAKU LAB CORPORATION**
Shawn T. Leuthold, Esq.
Attorney at Law
1671 The Alameda, Suite 303
San Jose, California 95126
Phone: (408) 924-0132
Fax: (408) 924-0134
E-Mail: leuthold@aol.com