JAMES C. POTEPAN (SBN 107370)
jpotepan@rmkb.com
COURTNEY E. CURTIS (SBN 245231)
ccurtis@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, California 90071
Telephone:   (213) 312-2000
Facsimile:   (213) 312-2001

Attorneys for Defendant
HOT TOPIC, INC. d/b/a HOT TOPIC and TORRID

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KAKU LAB CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HOT TOPIC, INC., a California Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C07-05297 BZ<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANT HOT TOPIC, INC.**<br><br>[Local Rule 3-16] |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations, or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.  Plaintiff Kaku Lab Corporation;

2.  Defendant Hot Topic, Inc. d/b/a Hot Topic and Torrid;

3.  Travelers Insurance Company, Defendant Hot Topic's insurer;

4.  Barry Owen Company, Inc., third party product vendor of Defendant Hot Topic;

5.  Stitch and Spike, Inc., third party product vendor of Defendant Hot Topic;

6. Kamibashi, third party product vendor of Defendant Hot Topic;

7. Kanya Thuaylai, an individual, copyright claimant of certain subject copyrights;

8. Tanayot Saihaikum, an individual, copyright claimant of certain subject copyrights;

9. Taweechas Boontoom, an individual, copyright claimant of certain subject copyrights;

10. Saan_ha Limited Partnership (a Thailand Limited Partnership), alleged owner of subject copyrights.

Dated: February 20, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: *[signature]*
JAMES C. POTEPAN
COURTNEY E. CURTIS
Attorneys for Defendant
HOT TOPIC, INC. D/B/A HOT TOPIC AND TORRID

CASE NAME: *Kaku Lab Corporation v. Hot Topic, Inc., et al.*

ACTION NO.: C 07-05297 BZ

### PROOF OF SERVICE

I am a citizen of the United States. My business address is 515 South Flower Street, Suite 1100, Los Angeles, California 90071. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document described as:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANT HOT TOPIC, INC. [Local Rule 3-16]**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

**\* SEE SERVICE LIST \***

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 20, 2008, at Los Angeles, California.

*Jennie Cecchini*
Jennie Cecchini

**CASE NAME:** *Kaku Lab Corporation v. Hot Topic, Inc., et al.*

**ACTION NO.:** C 07-05297 BZ

### SERVICE LIST

**Attorneys for Plaintiff KAKU LAB CORPORATION**
Shawn T. Leuthold, Esq.
Attorney at Law
1671 The Alameda, Suite 303
San Jose, California 95126
Phone: (408) 924-0132
Fax: (408) 924-0134
E-Mail: leuthold@aol.com