IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAKU LAB CORPORATION, | No. C 07-05297 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| HOT TOPIC, INC., | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, March 21, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The case management statement shall be file on or before March 14, 2008.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: February 26, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy