AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

KAKU LAB CORPORATION

                      Plaintiff(s),

            V.

HOT TOPIC, INC., et al.

                    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 07-05297 CRB

Notice is hereby given that, subject to approval by the court, __HOT TOPIC, INC.__ substitutes
                                                                              (Party(s) Name)

__Courtney E. Curtis__, State Bar No. __245231__ as counsel of record in
(Name of New Attorney)

place of __Lisa M. Martens of Fish & Richardson PC.__
                          (Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:           Ropers, Majeski, Kohn & Bentley
    Address:              515 South Flower Street, Suite 1100, Los Angeles, California 90071
    Telephone:           (213) 312-2000         Facsimile (213) 312-2001
    E-Mail (Optional):     ccurtis@rmkb.com

I consent to the above substitution.
Date:     March 20, 2008

HOT TOPIC, INC.
_____
(Signature of Party(s))

I consent to being substituted.
Date:     March 20, 2008

FISH & RICHARDSON P.C.
_____
(Signature of Former Attorney(s))

I consent to the above substitution.
Date:     March 18, 2008

ROPERS, MAJESKI, KOHN & BENTLEY
_____
(Signature of New Attorney)
Courtney E. Curtis, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

                                                                             Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| KAKU LAB CORPORATION | |
| Plaintiff(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V. | |
| HOT TOPIC, INC., et al. | CASE NUMBER: C 07-05297 CRB |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, __HOT TOPIC, INC.__ substitutes
(Party (s) Name)

__Courtney E. Curtis__, State Bar No. __245231__ as counsel of record in
(Name of New Attorney)

place of __Lisa M. Martens of Fish & Richardson PC.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:        Ropers, Majeski, Kohn & Bentley
Address:          515 South Flower Street, Suite 1100, Los Angeles, California 90071
Telephone:        (213) 312-2000           Facsimile (213) 312-2001
E-Mail (Optional): ccurtis@rmkb.com

I consent to the above substitution.                HOT TOPIC, INC.

Date:    March      2008

                                                    (Signature of Party (s))
                                                    FISH & RICHARDSON P.C.
I consent to being substituted.

Date:    March 19, 2008

                                                    (Signature of Former Attorney (s))
                                                    ROPERS, MAJESKI, KOHN & BENTLEY
I consent to the above substitution.
Date:    March 18, 2008

                                                    (Signature of New Attorney)
                                                    Courtney E. Curtis, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date:

                                                    _____
                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com