AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

KAKU LAB CORPORATION

                Plaintiff (s),

V.

HOT TOPIC, INC., et al.

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 07-05297 CRB

Notice is hereby given that, subject to approval by the court, HOT TOPIC, INC. substitutes
                                                                                                    (Party (s) Name)

James C. Potepan , State Bar No. 107370 as counsel of record in
(Name of New Attorney)

place of Lisa M. Martens of Fish & Richardson PC.
                            (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:          Ropers, Majeski, Kohn & Bentley

    Address:              515 South Flower Street, Suite 1100, Los Angeles, California 90071

    Telephone:          (213) 312-2000            Facsimile (213) 312-2001

    E-Mail (Optional):    jpotepan@rmkb.com

I consent to the above substitution.

Date: March 20 2008

HOT TOPIC, INC.

*[Signature]*
(Signature of Party (s))

FISH & RICHARDSON P.C.

I consent to being substituted.

Date: March  2008

(Signature of Former Attorney (s))

ROPERS, MAJESKI, KOHN & BENTLEY

I consent to the above substitution.
Date: March 18, 2008

*[Signature]*
(Signature of New Attorney)
James C. Potepan, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

KAKU LAB CORPORATION

                        Plaintiff(s),

V.

HOT TOPIC, INC., et al.

                        Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 07-05297 CRB

Notice is hereby given that, subject to approval by the court, HOT TOPIC, INC. substitutes
                                                                           (Party (s) Name)

James C. Potepan, State Bar No. 107370 as counsel of record in
(Name of New Attorney)

place of Lisa M. Martens of Fish & Richardson PC.
                                             (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Ropers, Majeski, Kohn & Bentley
    Address: 515 South Flower Street, Suite 1100, Los Angeles, California 90071
    Telephone: (213) 312-2000    Facsimile (213) 312-2001
    E-Mail (Optional): jpotepan@rmkb.com

I consent to the above substitution.

Date: March    2008

I consent to being substituted.

Date: March 19 2008

I consent to the above substitution.
Date: March 18, 2008

HOT TOPIC, INC.

_____
(Signature of Party (s))
FISH & RICHARDSON P.C.

_____
(Signature of Former Attorney (s))
ROPERS, MAJESKI, KOHN & BENTLEY

_____
(Signature of New Attorney)
James C. Potepan, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                                                            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com