**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **March 21, 2008**

**C-07-05297v CRB**

 **KAKU LAB CORPORATION  v.  HOT TOPIC, INC.**

Attorneys:    Shawn LeuHold                    James Potpan

Deputy Clerk: **BARBARA ESPINOZA**          Reporter:  **Not Reported**

**PROCEEDINGS:**                                                          **RULING:**

1.  Initial Case Management Conference   -   Held

2.

3.

**ORDERED AFTER HEARING:**

 Matter referred to mediation.  Parties may take depositions to achieve mediation and may proceed with

discovery and additional depositions if necessary without further order of the Court.

(  ) ORDER TO BE PREPARED BY:    Plntf _____    Deft _____    Court _____

(  ) Referred to Magistrate Judge For: _____

(X ) CASE CONTINUED TO July 11, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____          Expert Discovery Cut-Off _____

Plntf to Name Experts by _____          Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days

                        Type of Trial:  (  )Jury    (  )Court

Notes: _____