AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

KAKU LAB CORPORATION

                      Plaintiff(s),

                V.

HOT TOPIC, INC., et al.

                      Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 07-05297 CRB

Notice is hereby given that, subject to approval by the court, HOT TOPIC, INC. substitutes
(Party(s) Name)

Courtney E. Curtis _____, State Bar No. 245231 _____ as counsel of record in
(Name of New Attorney)

place of Lisa M. Martens of Fish & Richardson PC.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:            Ropers, Majeski, Kohn & Bentley

    Address:               515 South Flower Street, Suite 1100, Los Angeles, California 90071

    Telephone:           (213) 312-2000           Facsimile (213) 312-2001

    E-Mail (Optional):     ccurtis@rmkb.com

I consent to the above substitution.

Date:     March 20, 2008

HOT TOPIC, INC.
_(Signature of Party(s))_

FISH & RICHARDSON P.C.

I consent to being substituted.

Date:     March 20, 2008

_(Signature of Former Attorney(s))_
ROPERS, MAJESKI, KOHN & BENTLEY

I consent to the above substitution.
Date:     March 18, 2008

_(Signature of New Attorney)_
Courtney E. Curtis, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date:     March 21, 2008

**IT IS SO ORDERED**
Judge Charles R. Breyer

[Note: A separate consent order of substitution must be filed by each new attorney wish...