AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

KAKU LAB CORPORATION

Plaintiff(s),

V.

HOT TOPIC, INC., et al.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 07-05297 CRB

Notice is hereby given that, subject to approval by the court, __HOT TOPIC, INC.__ substitutes
(Party(s) Name)

__Courtney E. Curtis__, State Bar No. __245231__ as counsel of record in
(Name of New Attorney)

place of __Lisa M. Martens of Fish & Richardson PC.__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Ropers, Majeski, Kohn & Bentley
- Address: 515 South Flower Street, Suite 1100, Los Angeles, California 90071
- Telephone: (213) 312-2000      Facsimile (213) 312-2001
- E-Mail (Optional): ccurtis@rmkb.com

I consent to the above substitution.

Date: March 20, 2008

HOT TOPIC, INC.
*(Signature of Party(s))*

I consent to being substituted.

Date: March 20, 2008

FISH & RICHARDSON P.C.
*(Signature of Former Attorney(s))*

I consent to the above substitution.
Date: March 18, 2008

ROPERS, MAJESKI, KOHN & BENTLEY
*(Signature of New Attorney)*
Courtney E. Curtis, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date: March 21, 2008

IT IS SO ORDERED
Judge Charles R. Breyer

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]