AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

KAKU LAB CORPORATION

                           Plaintiff(s),       **CONSENT ORDER GRANTING**
                                                    **SUBSTITUTION OF ATTORNEY**
           V.

HOT TOPIC, INC., et al.
                                                    CASE NUMBER: C 07-05297 CRB
                           Defendant(s),

Notice is hereby given that, subject to approval by the court, HOT TOPIC, INC. substitutes
(Party(s) Name)

James C. Potepan , State Bar No. 107370 as counsel of record in
(Name of New Attorney)

place of Lisa M. Martens of Fish & Richardson PC.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:       Ropers, Majeski, Kohn & Bentley
    Address:          515 South Flower Street, Suite 1100, Los Angeles, California 90071
    Telephone:       (213) 312-2000               Facsimile (213) 312-2001
    E-Mail (Optional):  jpotepan@rmkb.com

I consent to the above substitution.               HOT TOPIC, INC.

Date:   March 20, 2008
                                                   (Signature of Party(s))
                                         FISH & RICHARDSON P.C.

I consent to being substituted.

Date:   March    2008

                                              (Signature of Former Attorney(s))
I consent to the above substitution.               ROPERS, MAJESKI, KOHN & BENTLEY
Date:   March 18, 2008

                                             (Signature of New Attorney)
                                     James C. Potepan, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date:   March 21, 2008

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(United States District Court, Northern District of California seal)

[Note: A separate consent order of substitution must be filed by each new appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com