AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

KAKU LAB CORPORATION

                              Plaintiff (s),      **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

V.

HOT TOPIC, INC., et al.

                                                 CASE NUMBER: C 07-05297 CRB

                            Defendant (s),

Notice is hereby given that, subject to approval by the court, HOT TOPIC, INC. substitutes
*(Party (s) Name)*

James C. Potepan, State Bar No. 107370 as counsel of record in
*(Name of New Attorney)*

place of Lisa M. Martens of Fish & Richardson PC.
*(Name of Attorney (s) Withdrawing Appearance)*

Contact information for new counsel is as follows:

    Firm Name:        Ropers, Majeski, Kohn & Bentley
    Address:           515 South Flower Street, Suite 1100, Los Angeles, California 90071
    Telephone:       (213) 312-2000      Facsimile (213) 312-2001
    E-Mail (Optional):  jpotepan@rmkb.com

I consent to the above substitution.

Date:    March 20, 2008

HOT TOPIC, INC.
*(Signature of Party (s))*

I consent to being substituted.

Date:    March 2008

FISH & RICHARDSON P.C.
*(Signature of Former Attorney (s))*

I consent to the above substitution.
Date:    March 18, 2008

ROPERS, MAJESKI, KOHN & BENTLEY
*(Signature of New Attorney)*
James C. Potepan, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date:    March 21, 2008

**IT IS SO ORDERED**
Judge Charles R. Breyer

[Note: A separate consent order of substitution must be filed by each new appearance.]