1  SHAWN T. LEUTHOLD (SBN 178147)
   leuthold@aol.com
2  Attorney at Law
   1671 The Alameda, Suite 303
3  San Jose, California 95126
   Telephone: (408) 924-0132
4  Facsimile: (408) 924-0134

5  Attorneys for Plaintiff
   KAKU LAB CORPORATION
6

7  JAMES C. POTEPAN (SBN 107370)
   jpotepan@rmkb.com
8  COURTNEY E. CURTIS (SBN 245231)
   ccurtis@rmkb.com
9  ROPERS, MAJESKI, KOHN & BENTLEY
   515 South Flower Street, Suite 1100
10 Los Angeles, California  90071
   Telephone:    (213) 312-2000
11 Facsimile:    (213) 312-2001

12 Attorneys for Defendant
   HOT TOPIC, INC. d/b/a HOT TOPIC and TORRID
13

14           UNITED STATES DISTRICT COURT

15          NORTHERN DISTRICT OF CALIFORNIA

16             SAN FRANCISCO DIVISION

17

18 KAKU LAB CORPORATION,              Case No. C07-05297 CRB

19            Plaintiff,              **JOINT RULE 26(f) REPORT**

20 v.

21 HOT TOPIC, INC., a California
   Corporation; and DOES 1 through 20,
22 inclusive,

23            Defendants.

24

25       Counsel for Plaintiff Kaku Lab Corporation ("Plaintiff"), and counsel for Defendant Hot

26 Topic, Inc. ("Defendant"), held the conference of the parties as required by Federal Rule of Civil

27 Procedure 26(f).  The parties now submit the following Joint Rule 26(f) Report and Discovery

28 Plan:

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Los Angeles*

I.     **Claims and Defenses:**

This is an action for federal copyright infringement by Plaintiff Kaku Lab Corporation against Defendant Hot Topic, Inc., doing business as Hot Topic and Torrid.  Plaintiff alleges that Defendant is selling various string "voodoo doll" accessories that infringe on its copyrighted voodoo doll designs.  Specifically, Plaintiff alleges that Defendant has infringed the following copyrights:  (1) "Lover Boy/In Love," registration no. VA 1-359-086; (2) "Judo Sensei/Konfu Kid," registration no. VA 1-359-091; (3) "Sid/Mr. T," VA 1-353-127; (4) "Red Devil/Demon Guard," registration no. VA 1-353-187; (5) "The Vampire/Dracula," VA 1-359-085; (6) "Jo Ninja/Ninja," registration no. VA 1-359-088; (7) "The Zombie/Voodoo Me," registration no. VA 1-353-128.

Defendant has filed an Answer to Plaintiff's First Amended Complaint denying the material allegations, and asserting various defenses, including: (1) failure to state a claim; (2) merger/scenes a faire; (3) mitigation; (4) innocent intent; (5) license; (6) lack of originality; (7) failure to register; (8)waiver; (9)estoppel; (10) lack of jurisdiction; (11) lack of standing; and (12) failure to join a necessary party.

II.     **Discovery Status and Discovery Plan**

A.     Initial Disclosures

The parties have stipulated to make the disclosures required by Federal Rule of Civil Procedure 26(a)(1) on or before March 31, 2008.

B.     Discovery Plan

The parties have not engaged in any formal discovery efforts to date.  The parties do not wish to make any changes to the form or requirement of initial disclosures under Rule 26(a).  The parties have tentatively agreed to the following discovery plan:

(1) Discovery shall commence immediately after the initial disclosure deadline, i.e., March 31, 2008.

(2) All discovery, except expert discovery shall conclude by December 1, 2008.

(3) Expert discovery shall conclude by February 1, 2009.

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

Joint Rule 26(f) Report

(4) The parties adopt Rule 26(b)(1) concerning the scope of discovery in this case. The parties do not believe that the phasing of discovery is necessary. Discovery will be necessary on all liability and damages issues. Without limiting the scope of discovery, Plaintiff will seek discovery regarding Defendant's acquisition of the alleged infringing products, and Defendant's sale of the alleged infringing products. Without limiting the scope of discovery, Defendant will seek discovery regarding creation of the subject works, the original artwork, materials relied on in creating the subject works, ownership and transfer of the subject works, derivative works, registration, Plaintiff's sales of products using the subject works, licensing of the subject works, harm caused by the alleged infringement, alleged value of the subject works, and Plaintiff's damages, if any, caused by the alleged infringement.

(5) The parties do not anticipate any issues regarding the discovery of electronically stored information. The parties will agree on the form of production of electronic discovery upon further discussion regarding electronic documents that may be available.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Joint Rule 26(f) Report

1    (6) The parties have agreed that this case warrants entry of an appropriate protective order

2  regarding the handling of privileged and/or confidential information.  The parties anticipate filing

3  a stipulated proposed protective order before formal discovery commences.

4

5    Dated: March 3/ , 2008

6

7                                        By:

8                                        SHAWN T. LEUTHOLD
                                         Attorney for Plaintiff KAKU LAB
9                                        CORPORATION

10

11

12   Dated: March 31 , 2008              ROPERS, MAJESKI, KOHN & BENTLEY

13

14                                       By:

15                                       JAMES C. POTEPAN
                                         COURTNEY E. CURTIS
16                                       Attorneys for Defendant
                                         HOT TOPIC, INC. D/B/A HOT TOPIC
17                                       AND TORRID

18

19

20

21

22

23

24

25

26

27

28

RC1/5089942.1/CC10                       - 4 -                              C07-05297

Joint Rule 26(f) Report

**CASE NAME:**    *Kaku Lab Corporation v. Hot Topic, Inc., et al.*

**ACTION NO.:**    **C 07-05297 CRB**

## PROOF OF SERVICE

      I am a citizen of the United States. My business address is 515 South Flower Street, Suite 1100, Los Angeles, California 90071.  I am employed in the County of Los Angeles where this service occurs.  I am over the age of 18 years, and not a party to the within cause.  I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

      On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document described as:

### JOINT RULE 26(f) REPORT

☐    (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒    (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

☐    (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐    (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

### * SEE SERVICE LIST *

☒    *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      Executed on March 31, 2008, at Los Angeles, California.

*Jennie Cecchini*
Jennie Cecchini

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

**CASE NAME:**    *Kaku Lab Corporation v. Hot Topic, Inc., et al.*

**ACTION NO.:**    **C 07-05297 CRB**

<u>**SERVICE LIST**</u>

<u>**Attorneys for Plaintiff KAKU LAB CORPORATION**</u>
Shawn T. Leuthold, Esq.
Attorney at Law
1671 The Alameda, Suite 303
San Jose, California 95126
Phone: (408) 924-0132
Fax: (408) 924-0134
E-Mail: <u>leuthold@aol.com</u>

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

RC1/5089942.1/CC10

- 6 -

C07-05297

Joint Rule 26(f) Report