1  SHAWN T. LEUTHOLD
   ATTORNEY AT LAW
2  1671 THE ALAMEDA #303
   SAN JOSE, CA 95126
3  TEL: 408-924-0132
   FAX: 408-924-0134
4  CA STATE BAR NO. 178147

5
   Attorney for Plaintiff, Kaku Labs Corporation
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12 KAKU LAB CORPORATION,           ) Case No. C 07-05297 CRB
                                   )
13           Plaintiff,            ) STIPULATION AND REQUEST TO EXTEND
      v.                           ) CASE MANAGEMENT CONFERENCE (ADR
14                                 ) REVIEW) DATE AND ORDER
   HOT TOPIC, INC., a California Corporation; )
15 and Does 1 through 20, inclusive, )
                                   )
16           Defendants            )
                                   )
17 _____)

18     The parties in this matter agreed to pursue mediation as the alternative dispute resolution

19 method most likely to resolve the case.

20     Mediation was scheduled with Mark LeHocky. However, due to counsel's difficulty

21 coordinating an available date for all involved, and then due to an out-of-state commitment which

22 came up that required Mr. LeHocky to need to further reschedule the mediation, the parties will be

23 unable to complete mediation prior to the scheduled Case Management Conference/ADR review

24 date, which is July 11, 2008, at 8:30am..

25

26

27 C 07-05297 CRB
   Kaku Lab v. Hot Topic                       1
28 Stipulation and Request (and Order) re: Extend ADR Review Date

1     Mediation is currently calendared with Mr. LeHocky on August 15, 2008. Therefore, the
2 parties hereby stipulate and jointly request that the Case Management Conference / ADR review be
3 re-scheduled to a date after August 15, 2008.

                                       Respectfully Submitted,

                                       Law Office of Shawn T. Leuthold

Dated: July 9. 2008

                                       Shawn T. Leuthold
                                       Attorney for Plaintiff

                                       Ropers, Majeski, Kohn & Bentley

Dated: July . 2008

                                       Courtney E. Curtis
                                       Attorney for Defendant

## ORDER

    Pursuant to the joint request of the parties, the Case Management Conference (ADR Review Hearing) in this matter shall be re-calendared to _____.

Date: _____

                                       HON. CHARLES R. BREYER
                                       UNITED STATES DISTRICT JUDGE

C 07-05297 CRB
Kaku Lab v. Hot Topic             2
Stipulation and Request (and Order) re: Extend ADR Review Date