UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAKU LAB CORPORATION, ) | Case No. C 07-05297 CRB |
| ) | |
| Plaintiff, ) | [Proposed] ORDER RE: REQUEST TO |
| v. ) | EXTEND CASE MANAGEMENT |
| ) | CONFERENCE (ADR REVIEW) DATE |
| HOT TOPIC, INC., a California Corporation; ) | |
| and Does 1 through 20, inclusive, ) | |
| ) | |
| Defendants ) | |
| ) | |

**ORDER**

Pursuant to the joint request of the parties, the Case Management Conference (ADR Review Hearing) in this matter shall be re-calendared to

_____.

Date: _____          _____
                                                              HON. CHARLES R. BREYER
                                                              UNITED STATES DISTRICT JUDGE

C 07-05297 CRB
Kaku Lab v. Hot Topic                    1
Order re: Extend ADR Review Date