UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| KAKU LAB CORPORATION, | ) | Case No. C 07-05297 CRB |
| | ) | |
| Plaintiff, | ) | [Proposed] ORDER RE: REQUEST TO |
| v. | ) | EXTEND CASE MANAGEMENT |
| | ) | CONFERENCE (ADR REVIEW) DATE |
| HOT TOPIC, INC., a California Corporation; | ) | |
| and Does 1 through 20, inclusive, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**ORDER**

Pursuant to the joint request of the parties, the Case Management Conference (ADR Review Hearing) in this matter shall be re-calendared to August 22, 2008 at 8:30 a.m.  The case management statement to be filed by August 18, 2008.

Date:  _ July 9, 2008 _____

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Charles R. Breyer

C 07-05297 CRB
Kaku Lab v. Hot Topic                                    1
Order re: Extend ADR Review Date