# UNITED STATES DISTRICT COURT

### Northern District of California

| Kaku Lab Corporation, | 07-05297 CRB MED |
|---|---|
| Plaintiff(s), | **Notice Vacating Appointment of Mediator** |
| v. | |
| Hot Topic, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The appointment of Mark LeHocky to serve as the Mediator in this matter is vacated. The ADR Unit will appoint another Mediator to this matter as soon as possible.

Dated: August 18, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice Vacating Appointment of Mediator**
07-05297 CRB MED