1  SHAWN T. LEUTHOLD (SBN 178147)
   leuthold@aol.com
2  Attorney at Law
   1671 The Alameda, Suite 303
3  San Jose, California 95126
   Telephone: (408) 924-0132
4  Facsimile: (408) 924-0134

5  Attorneys for Plaintiff
   KAKU LAB CORPORATION
6

7  JAMES C. POTEPAN (SBN 107370)
   jpotepan@rmkb.com
8  COURTNEY E. CURTIS (SBN 245231)
   ccurtis@rmkb.com
9  ROPERS, MAJESKI, KOHN & BENTLEY
   515 South Flower Street, Suite 1100
10 Los Angeles, California  90071
   Telephone:     (213) 312-2000
11 Facsimile:     (213) 312-2001

12 Attorneys for Defendant
   HOT TOPIC, INC. d/b/a HOT TOPIC and TORRID
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                  SAN FRANCISCO DIVISION

17

| 18 | KAKU LAB CORPORATION, | Case No. C07-05297 CRB |
|---|---|---|
| 19 | Plaintiff, | **STIPULATION TO CONTINUE THE AUGUST 22, 2008 STATUS CONFERENCE** |
| 20 | v. | |
| 21 | HOT TOPIC, INC., a California Corporation; and DOES 1 through 20, inclusive, | |
| 22 | | |
| 23 | Defendants. | |

24

25     This Stipulation is entered into by and between Plaintiff Kaku Lab Corporation

26 ("Plaintiff") and Defendant Hot Topic, Inc., d/b/a Hot Topic and Torrid ("Defendant"), with

27 reference to the following facts:

28

RC1/5168855.1/CC10                -1-                Stipulation to Continue the August 22, 2008
                                                      Status Conference
                                                      Case No. C07-05297

1   WHEREAS, on or about March 21, 2008, the Court held an Initial Case Management
2   Conference, and entered an Order referring the case to Mark LeHocky, Senior Vice President and
3   General Counsel of Ross Stores, Inc., for mediation proceedings;
4   WHEREAS, the Court set a further Case Management Conference for July 11, 2008;
5   WHEREAS, the parties stipulated to continue the July 11, 2008 Case Management
6   Conference to August 22, 2008;
7   WHEREAS, on or about July 9, 2008, the Court entered an Order continuing the July 11,
8   2008 Case Management Conference to August 22, 2008;
9   WHEREAS, on or about August 8, 2008, a conflict of interest arose between Defendant
10  and mediator Mark LeHocky;
11  WHEREAS, on or about August 11, 2008, Mark LeHocky informed the Court that he
12  could no longer serve as the mediator in this action due to the conflict;
13  WHEREAS, on or about August 18, 2008, the ADR Clerk of the Court served Notice on
14  the parties vacating the appointment of mediator Mark LeHocky;
15  / / /

1  WHEREFORE, the parties hereto, through their respective counsel, hereby stipulate that:

2  The Case Management Conference currently on calendar for August 22, 2008, be

3  continued to a date in the future, following the Court's appointment of a new mediator, and

4  permitting sufficient time for the parties to engage in mediation.

Dated: August 17, 2008

By: _____
SHAWN T. LEUTHOLD
Attorney for Plaintiff KAKU LAB
CORPORATION

Dated: August 18, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
JAMES C. POTEPAN
COURTNEY E. CURTIS
Attorneys for Defendant
HOT TOPIC, INC. D/B/A HOT TOPIC
AND TORRID