SHAWN T. LEUTHOLD (SBN 178147)
leuthold@aol.com
Attorney at Law
1671 The Alameda, Suite 303
San Jose, California 95126
Telephone: (408) 924-0132
Facsimile: (408) 924-0134

Attorneys for Plaintiff
KAKU LAB CORPORATION


JAMES C. POTEPAN (SBN 107370)
jpotepan@rmkb.com
COURTNEY E. CURTIS (SBN 245231)
ccurtis@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, California  90071
Telephone:     (213) 312-2000
Facsimile:     (213) 312-2001

Attorneys for Defendant
HOT TOPIC, INC. d/b/a HOT TOPIC
and TORRID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAKU LAB CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>HOT TOPIC, INC., a California Corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. C07-05297 CRB<br><br>**[PROPOSED] ORDER<br>TO STIPULATION TO CONTINUE THE AUGUST 22, 2008 STATUS CONFERENCE** |

/ / /

/ / /

/ / /

1

# ORDER

2   The Court, having read and considered the Stipulation to Continue the Status Conference
3   filed by the parties, and good cause appearing therefore,

4

5   **IT IS HEREBY ORDERED THAT:**

6   The Case Management Conference currently on calendar for August 22, 2008, be
7   continued to _____.

8

9   **IT IS SO ORDERED**.

10

11   DATED: _____        _____
                                    HON. CHARLES R. BREYER
12                                  UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

RC1/5168962.1/CC10          - 2 -          Order to Stipulation to Continue the Status
                                            Conference Set For August 22, 2009
                                            Case No. C07-05297