# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Kaku Lab Corporation,<br><br>        Plaintiff(s),<br><br>    v.<br><br>Hot Topic, Inc.,<br><br>        Defendant(s). | 07-05297 CRB MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Jeffrey S. Ross**
> Pillsbury Winthrop Shaw Pittman LLP
> 50 Fremont St
> 5th Flr
> San Francisco, CA 94105
> 415-983-1000
> jeff.ross@pillsburylaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05297 CRB MED                                  - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2    L.R. 6-7 shall NOT be filed with the court.

4    Dated: August 21, 2008

```
                                    RICHARD W. WIEKING
                                    Clerk
                                    by:    Alice M. Fiel


                                    _____
                                    ADR Case Administrator
                                    415-522-3148
                                    Alice_Fiel@cand.uscourts.gov
```

**Notice of Appointment of Mediator**
07-05297 CRB MED                    - 2 -