1  SHAWN T. LEUTHOLD (SBN 178147)
   leuthold@aol.com
2  Attorney at Law
   1671 The Alameda, Suite 303
3  San Jose, California 95126
   Telephone: (408) 924-0132
4  Facsimile: (408) 924-0134

5  Attorneys for Plaintiff
   KAKU LAB CORPORATION
6

7  JAMES C. POTEPAN (SBN 107370)
   jpotepan@rmkb.com
8  COURTNEY E. CURTIS (SBN 245231)
   ccurtis@rmkb.com
9  ROPERS, MAJESKI, KOHN & BENTLEY
   515 South Flower Street, Suite 1100
10 Los Angeles, California  90071
   Telephone:    (213) 312-2000
11 Facsimile:    (213) 312-2001

12 Attorneys for Defendant
   HOT TOPIC, INC. d/b/a HOT TOPIC
13 and TORRID

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KAKU LAB CORPORATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HOT TOPIC, INC., a California Corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. C07-05297 CRB<br><br>[~~PROPOSED~~] **ORDER**<br><br>**TO STIPULATION TO CONTINUE THE OCTOBER 31, 2008 STATUS CONFERENCE TO PERMIT THE PARTIES TO CONDUCT MEDIATION ON NOVEMBER 14, 2008** |

///

# ORDER

The Court, having read and considered the Stipulation to Continue the October 31, 2008 Case Management Conference to permit the parties to conduct mediation on November 14, 2008, filed by the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

The Case Management Conference currently on calendar for October 31, 2008, be continued to December 05, 2008 at 8:30 a.m.   The case management statement due on or before November 28, 2008.

**IT IS SO ORDERED**.

DATED:  Oct. 31, 2008



HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE