1  SHAWN T. LEUTHOLD
   ATTORNEY AT LAW
2  1671 THE ALAMEDA  #303
   SAN JOSE, CA 95126
3  TEL: 408-924-0132
   FAX: 408-924-0134
4  CA STATE BAR NO. 178147

5

   Attorney for Plaintiff, Kaku Labs Corporation
6

7

8

9

10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15  KAKU LAB CORPORATION,            )  Case No. C 07-05297 CRB
                                     )
16              Plaintiff,           )  NOTICE OF CONDITIONAL SETTLEMENT
         v.                          )  and REQUEST TO SET DISMISSAL REVIEW
17                                   )  DATE
    HOT TOPIC, INC., a California Corporation;  )
18  and Does 1 through 20, inclusive,)  **ORDER**
                                     )
19              Defendants           )
                                     )
20  _____)

21       The parties in this matter reached a conditional settlement at the mediation held on

22  November 14, 2008 supervised by mediator Jeffrey Ross.  That settlement required the preparation

23  and circulation of a written settlement agreement as well as signatures from concerned third parties

24  located overseas.

25

26

27  C 07-05297 CRB
    Kaku Lab v. Hot Topic                    1
28  Notice of Settlement and Request for Dismissal Review Date

On March 4, 2009, confirmation was received that the final signature by Hot Topic's insurance company, Travelers, had been completed and the settlement payment processing and dismissal could begin.

The parties request that the Case Management Conference currently set for March 6, 2009, at 8:30am in Dept. 9 be taken off calendar and the matter set for a dismissal review after settlement in approximately 30 days, which should give adequate time for the dismissal to be processed and filed.

Law Office of Shawn T. Leuthold

Dated: March 4, 2009

Shawn T. Leuthold
Attorney for Plaintiff

Signed: March 4, 2009



IT IS SO ORDERED
Judge Charles R. Breyer

C 07-05297 CRB
Kaku Lab v. Hot Topic                     2
Notice of Settlement and Request for Dismissal Review Date