SHAWN T. LEUTHOLD
ATTORNEY AT LAW
1671 THE ALAMEDA  #303
SAN JOSE, CA 95126
TEL: 408-924-0132
FAX: 408-924-0134
CA STATE BAR NO. 178147

Attorney for Plaintiff, Kaku Labs Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAKU LAB CORPORATION, | Case No. C 07-05297 CRB |
| Plaintiff, | ORDER – DISMISSAL WITH PREJUDICE |
| v. | |
| HOT TOPIC, INC., a California Corporation; and Does 1 through 20, inclusive, | |
| Defendants | |

**ORDER**

Pursuant to the stipulation of the parties, this action is dismissed, with prejudice.

IT IS SO ORDERED,

Date: March 25, 2009

_____
HON. CHARLES R. BREYER
JUDGE OF THE COURT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

C 07-05297 CRB
Kaku Lab v. Hot Topic
Order – Dismissal with Prejudice                                1